[No. 1650-3. Division Three. December 17, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DOYLE E. TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65053, Albert N. Bradford, J., entered

June 30, 1975. *Affirmed* by unpublished per curiam opinion.